| Last Name | First Name | Total Weeks Worked | Weeks Worked BEFORE Reclass (4/1/09) | Weeks Worked AFTER Reclass (4/1/09) | Settlement Amount |
|---|---|---|---|---|---|
| Aguilar | Jorge | 7.86 | 0.00 | 7.86 | $127.80 |
| Arnold | Joseph | 47.43 | 0.00 | 47.43 | $771.47 |
| Arreola | Luis | 1.86 | 0.00 | 1.86 | $30.21 |
| Arroyo | German | 84.14 | 0.00 | 84.14 | $1,368.66 |
| Austin | Eric | 45.29 | 45.29 | 0.00 | $920.76 |
| Avila | Rivaldo | 21.86 | 0.00 | 21.86 | $355.53 |
| Bowen | Mark | 103.00 | 73.86 | 29.14 | $1,975.72 |
| Castillo | Anthony | 52.14 | 0.00 | 52.14 | $848.15 |
| Castillo | Leonardo | 33.86 | 0.00 | 33.86 | $550.72 |
| Castillo | Omar | 29.86 | 0.00 | 29.86 | $485.65 |
| Ceballos | Cellestino | 46.43 | 0.00 | 46.43 | $755.20 |
| Clemmons | Joshua | 8.57 | 8.57 | 0.00 | $174.28 |
| Cole | Derrick | 77.43 | 73.86 | 3.57 | $1,559.78 |
| Cotton | Richard | 8.57 | 8.57 | 0.00 | $174.28 |
| Covington | Jon | 1.29 | 1.29 | 0.00 | $26.14 |
| Cruz | Edwin | 23.86 | 0.00 | 23.86 | $388.06 |
| Dabner | Momey | 13.14 | 13.14 | 0.00 | $267.22 |
| Diaz | Jose | 31.71 | 5.86 | 25.86 | $539.68 |
| Dorantes | Alfonso | 44.43 | 0.00 | 44.43 | $722.67 |
| Espinoza | Cayetano | 69.00 | 31.14 | 37.86 | $1,248.99 |
| Fahim | Muhammed | 53.14 | 0.00 | 53.14 | $864.41 |
| Flores | Ignacio | 25.86 | 0.00 | 25.86 | $420.59 |
| Ford | Andrew | 1.00 | 1.00 | 0.00 | $20.33 |
| Ford | Cornell | 80.14 | 0.00 | 80.14 | $1,303.59 |
| Gallegos | Francisco | 51.86 | 0.00 | 51.86 | $843.50 |
| Garcia | Gerardo | 25.14 | 0.00 | 25.14 | $408.97 |
| Garcia | Armando | 81.00 | 0.00 | 81.00 | $1,317.53 |
| Gonzales | Filipe | 17.86 | 0.00 | 17.86 | $290.46 |
| Gonzalez | Jose | 37.00 | 0.00 | 37.00 | $601.84 |
| Guijosa | Miguel | 32.86 | 0.00 | 32.86 | $534.45 |
| Hamlin | Carl | 27.14 | 27.14 | 0.00 | $551.88 |
| Harlan | Otis | 94.57 | 73.86 | 20.71 | $1,838.62 |
| Ireland | Dale | 112.57 | 73.86 | 38.71 | $2,131.41 |
| Johnson | Lewis | 1.29 | 1.29 | 0.00 | $26.14 |
| Johnson | Charles | 3.86 | 3.86 | 0.00 | $78.42 |
| Johnson | Keith | 86.29 | 73.86 | 12.43 | $1,703.85 |
| Land | Antoine | 22.00 | 22.00 | 0.00 | $447.31 |
| Lim | Alan | 3.86 | 0.00 | 3.86 | $62.74 |
| Lopez | Ramiro | 42.57 | 0.00 | 42.57 | $692.46 |
| Lucas | Frederick | 104.43 | 65.29 | 39.14 | $1,964.10 |
| Madison | Andre | 51.00 | 13.00 | 38.00 | $882.42 |
| Martinez | Jesus | 53.14 | 0.00 | 53.14 | $864.41 |
| McKenzie | Donnie | 30.43 | 30.43 | 0.00 | $618.68 |
| Meija | Silvestre | 52.14 | 0.00 | 52.14 | $848.15 |
| Mondragon | Ladislao | 104.29 | 13.00 | 91.29 | $1,749.16 |
| Moreno | Denyis | 19.86 | 0.00 | 19.86 | $322.99 |
| Mota | Jose | 17.00 | 0.00 | 17.00 | $276.52 |


EXHIBIT 1 of A

| Last Name | First Name | Total Weeks Worked | Weeks Worked BEFORE Reclass (4/1/09) | Weeks Worked AFTER Reclass (4/1/09) | Settlement Amount |
|---|---|---|---|---|---|
| Muhammad | Fahim | 53.14 | 0.00 | 53.14 | $864.41 |
| Muniz | Jesus | 3.86 | 0.00 | 3.86 | $62.74 |
| Nieves | Jose | 1.86 | 0.00 | 1.86 | $30.21 |
| Odueyungbo | Muyiwa | 128.71 | 37.43 | 91.29 | $2,245.85 |
| Ortega | Oscar | 65.43 | 65.43 | 0.00 | $1,330.32 |
| Osorio | Jorge | 9.00 | 0.00 | 9.00 | $146.39 |
| Paz | Armando | 23.71 | 0.00 | 23.71 | $385.73 |
| Pena | Jamie | 13.86 | 0.00 | 13.86 | $225.40 |
| Robles | Franlee | 47.86 | 0.00 | 47.86 | $778.44 |
| Rodriguez | Virgilio | 7.86 | 0.00 | 7.86 | $127.80 |
| Sanchez | Moises | 29.43 | 0.00 | 29.43 | $478.68 |
| Schaffer | Jason | 8.71 | 8.71 | 0.00 | $177.18 |
| Silva | Joaquin | 23.86 | 0.00 | 23.86 | $388.06 |
| Smith | Russell | 1.14 | 1.14 | 0.00 | $23.24 |
| Smith | James | 165.14 | 73.86 | 91.29 | $2,986.53 |
| Stigler | Alfy | 96.14 | 73.86 | 22.29 | $1,864.18 |
| Sumpter | Charles | 112.00 | 73.86 | 38.14 | $2,122.11 |
| Tamez | Antonio | 35.57 | 0.00 | 35.57 | $578.60 |
| Tinnin | Darrell | 165.14 | 73.86 | 91.29 | $2,986.53 |
| Turcios | Hugo | 67.29 | 9.57 | 57.71 | $1,133.38 |
| Tyler | Chris | 45.14 | 10.43 | 34.71 | $776.69 |
| Urbano | Marcelo | 36.00 | 0.00 | 36.00 | $585.57 |
| Valladares | Jesus | 14.57 | 0.00 | 14.57 | $237.02 |
| Vasquez | Salvador | 104.29 | 13.00 | 91.29 | $1,749.16 |
| White | Dwayne | 8.71 | 8.71 | 0.00 | $177.18 |
| Woodhouse | Joel | 89.00 | 60.29 | 28.71 | $1,692.81 |
| Zamudio | Arturo | 21.86 | 0.00 | 21.86 | $355.53 |
| Zamudio | Javier | 102.43 | 12.29 | 90.14 | $1,716.05 |
| Zamudio | Thomas | 55.86 | 0.00 | 55.86 | $908.56 |
| | | 3521.57 | 1182.57 | 2339.00 | $62,090.28 |