# EXHIBIT 3

## GENERAL AND COMPREHENSIVE RELEASE OF CLAIMS



DBI/ 68626249.1

## GENERAL AND COMPREHENSIVE RELEASE OF CLAIMS

This General and Comprehensive Release of Claims is made by and between [*NAME*], on the one hand, and COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC (collectively, "Comcast") on the other hand.

WHEREAS, [*NAME*] is a named plaintiff and/or class representative in the matter of *Land, et al. v. Shoreline Management & Development Corp.*, Northern District of Illinois, Case No. 11-CV-00072 (the "Litigation");

WHEREAS, through their respective counsel, the parties to the Litigation, have signed a Settlement Agreement for the purpose of settling the Litigation on a class-wide basis; and

WHEREAS, Paragraph III.F of the Settlement Agreement provides that [*NAME*], as a named plaintiff and/or class representative in the Litigation, shall be entitled to compensation and consideration of an amount approved by the court not to exceed $5,000.00 ("Service Payment") and shall be required to sign this general and comprehensive release of claims as set forth in Paragraphs III.F and III.H of the Settlement Agreement;

NOW, THEREFORE, after having had an opportunity to consult with counsel, and in consideration of receiving a Service Payments as set forth in Paragraph III.F of the Settlement Agreement, [*NAME*] hereby agrees to waive and release any and all claims, obligations, demands, actions, rights, causes of action, and liabilities against Comcast and Comcast's current, former, and future affiliates, including, without limitation, its parents, subsidiaries and related entities, predecessors, successors, divisions, joint ventures and assigns, and each of these entities' past or present directors, officers, employees, partners, members, principals, agents, insurers, co-insurers, re-insurers, shareholders, attorneys (including Morgan, Lewis & Bockius LLP), and personal or legal representatives, in their individual and corporate capacities ("Released Parties"), of whatever kind and nature, character, and description, whether in law or equity, whether sounding in tort, contract,

federal, state and/or local law, statute, ordinance, regulation, common law, or other source of law, whether known or unknown, and whether anticipated or unanticipated, including unknown claims, arising from the beginning of time to the date on which the Court enters the Order of Final Approval in the Litigation, for any type of relief, including, without limitation, claims for overtime compensation, minimum wages, wages of any kind, damages, back pay, front pay, unpaid costs, meal and rest, penalties (including late payment penalties), liquidated damages, punitive damages, interest, attorneys' fees, litigation costs, restitution, or equitable relief. Such waiver and release includes, but is not limited to, claims arising from or dependent upon any and all applicable federal, state, and local laws and regulations including, but not limited to, claims arising from or dependent on the Illinois Minimum Wage Law, 820 ILCS § 105/1, *et seq.*; Illinois Wage Payment and Collection Act, 820 ILCS § 115/1, *et seq.*; Illinois Human Rights Act, 775 ILCS § 5/1, *et seq.*; Illinois common law; Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.*; the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*; the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.*; the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*; the Veterans Reemployment Rights Act; the Family and Medical Leave Act; 28 U.S.C. § 1981; the Occupational Safety and Health Act; the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101, *et seq.*; the Age Discrimination in Employment Act; the Older Workers Benefit Protection Act; all of their implementing regulations; and/or any other provision of U.S. federal, state or local statutory or common law or regulations and for any and all tort and/or contract claims, or any other tort-type or contract-type causes of action.

In waiving and releasing any and all claims set forth in this General and Comprehensive Release of Claims, whether or not now known to [*NAME*], [*NAME*] understands that this means that if [*NAME*] later discovers facts different from or in addition to those facts currently known or believed to be true by [*NAME*], the waivers and releases of this General and Comprehensive Release of Claims will remain effective

in all respects – despite such different or additional facts and even if [*NAME*] would not have agreed to this General and Comprehensive Release of Claims if [*NAME*] had prior knowledge of such facts. [*NAME*] expressly, knowingly, and intentionally waives the benefits and rights of any statute, rule, doctrine, or common law principle of any jurisdiction whatsoever that provides that a general release does not extend to unknown claims.

This release does not apply to any rights or claims that may arise after the date Preliminary Approval; nor shall any provision in this Agreement be interpreted to waive or extinguish any rights, claims, or processes which may not under any circumstances be infringed, limited, waived or extinguished, including, but not limited to Plaintiff's right to file a charge with the Equal Employment Opportunity Commission ("EEOC") or any similar state or local agency and to participate in an administrative investigation or proceeding conducted by the EEOC or any such agency. Also, excluded from this release are any claims for physical injury that have not yet been discovered as of Preliminary Approval.

IN WITNESS WHEREOF, after carefully reading this General and Comprehensive Release of Claims in its entirety and fully understanding the significance of all of its terms and provisions, and intending to be legally bound, [*NAME*] hereby executes the foregoing General and Comprehensive Release of Claims this ____ day of _____, 2011.

_____
[*NAME*]