IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTOINE LAND, ALFY STIGLER and CHARLES JOHNSON, Individually, and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:11-CV-00072 |
| v. ) ) ) | Hon. John A. Nordberg |
| SHORELINE MANAGEMENT & DEVELOPMENT, CORP., SAUNDRA HANSBROUGH, COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC ) ) ) ) ) ) ) ) | Hon. Mag. Sidney I. Schenkier |
| Defendants. ) | |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Plaintiffs ANTOINE LAND, ALFY STIGLER and CHARLES JOHNSON ("Named Plaintiffs"), and defendants COMCAST CORPORATION and COMCAST ("Comcast") (collectively, the "Parties"), by their respective attorneys, respectfully move this Court for entry of an Order granting final approval of the Parties' settlement of plaintiffs' claims that Comcast violated the Illinois Minimum Wage Law ("IMWL"), the Illinois Wage Payment and Collection Act ("IWPCA") and Fair Labor Standards Act ("FLSA"). In support of their motion, the Parties submit a supporting Memorandum of Law, the Declaration of Ryan F. Stephan, the Declaration of Bernella Osterlund and exhibits attached thereto, and state as follows:

1. On April 18, 2012, the Court gave preliminary approval to the Parties' $120,000.00 Settlement of plaintiffs' class and collective action claims. (Docket No. 27).

2. Final approval is appropriate where the court determines that a settlement is fair, adequate, and reasonable. *Synfuel Techs., Inc. v. DHL Express (USA), Inc.*, 463 F.3d 646, 652 (7th Cir. 2005).

3. The Settlement in this case has been achieved in good faith and through arm's length negotiations, and is not the product of fraud or collusion.

4. The Settlement offers substantial monetary relief to the Settlement Class.[1]

5. The Settlement is overwhelmingly supported by Class Members. The fact that only one (1) of the Class Members timely requested exclusion from the Settlement and not a single Class Member objected to the Settlement shows strong support for the Settlement.

6. The record indicates that all criteria under Federal Rule of Civil Procedure 23 and the FLSA are met for purposes of settlement for the Class for settlement purposes only, and the Parties have provided the Class with adequate notice of the terms and conditions of the Settlement in a manner intended to maximize the due process rights of the Class Members.

7. Additionally, experienced Counsel for the Parties have extensively analyzed the claims and issues herein, and have certified that the Settlement is fair, reasonable, and adequate, and in the best interest of the Class. Thus, the Court should grant final approval of the Settlement, find the Settlement fair, reasonable, adequate, and in the best interests of Class Members, approve Class Counsel's application for an award of attorneys' fees and costs, approve the Class Representatives' application for Service Payment, approve the payment of reasonable Settlement Administration Costs, and enter the Plaintiffs' proposed final approval order dismissing the Action and releasing and barring any further Released Claims by Class Members who did not opt out of the Settlement, and releasing and barring any further FLSA claims by Class Members who opted into the Settlement.

---

[1] Where applicable, capitalized terms not otherwise defined in this Motion are as they are defined in the Class Action Settlement Agreement submitted with Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Order of Final Approval of the Settlement, attached as Exhibit 1.

Dated: July 31, 2012

| ANTOINE LAND, ALFY STIGLER and CHARLES JOHNSON, | COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, |
|---|---|
| By: */s/ Ryan F. Stephan* <br>    One of Their Attorneys | By: */s/ Sari Alamuddin* <br>    One of Their Attorneys |
| James B. Zouras <br> Ryan F. Stephan <br> STEPHAN ZOURAS, LLP <br> 205 N. Michigan Avenue, Suite 2560 <br> Chicago, Illinois 60601 <br> Tel: 312.233.1550 <br> Fax: 312.233.1560 <br> jzouras@stephanzouras.com <br> rstephan@stephanzouras.com | Sari M. Alamuddin <br> Stephanie L. Sweitzer <br> Ritu Srivastava <br> MORGAN, LEWIS & BOCKIUS LLP <br> 77 West Wacker Dr. <br> Fifth Floor <br> Chicago, IL 60601 <br> Tel. 312.324.1000 <br> Fax 312.324.1001 <br> salamuddin@morganlewis.com <br> ssweitzer@morganlewis.com <br> rsrivastava@morganlewis.com |