**Land V. Shoreline**

| FirstName | LastName |
|---|---|
| LUIS | ARREOLA |
| GERMAN | ARROYO |
| MARK | BOWEN |
| JOSHUA | CLEMMONS |
| DERRICK | COLE |
| RICHARD | COTTON |
| ALFONSO | DORANTES |
| CAYETANO | ESPINOZA |
| MUHAMMED | FAHIM |
| CORNELL | FORD |
| JOSE | GONZALEZ |
| DALE | IRELAND |
| LEWIS | JOHNSON |
| ANTOINE | LAND |
| RAMIRO | LOPEZ |
| FREDERICK | LUCAS |
| DONNIE | MCKENZIE |
| LADISLAO | MONDRAGON |
| MUYIWA | ODUEYUNGBO |
| OSCAR | ORTEGA |
| JAMES | SMITH |
| ALFY | STIGLER |
| CHARLES | SUMPTER |
| THOMAS | ZAMUDIO |
| WALTER | HENLEY |
| EDDIE | HOWARD |



EXHIBIT A