| FirstName | LastName |
|-----------|----------|
| RIVALDO | AVILA |



EXHIBIT B