

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTOINE LAND, ALFY STIGLER and CHARLES JOHNSON, Individually, and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:11-CV-00072 |
| v. ) ) ) | Hon. John W. Darrah |
| SHORELINE MANAGEMENT & DEVELOPMENT, CORP., SAUNDRA HANSBROUGH, COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER GRANTING FINAL APPROVAL OF ATTORNEY'S FEES

The Court has considered the Plaintiff's Fee Petition and hereby finds and orders as follows:

Class Counsels' petition for fees is granted and Stephan Zouras, LLP is awarded $40,409.72 for attorneys' fees and costs and will receive such payment from the Qualified Settlement Fund according to the procedures set forth in the Settlement Agreement.

IT IS SO ORDERED.

Dated: 8-29, 2012

_____
The Honorable John Darrah
United States District Court Judge

DB1/ 69248694.2